Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cameron Dyess )
 )  Case No: 4:20-cv-00909-HSG
            Plaintiff(s), )
 )  **APPLICATION FOR**
   v. )  **ADMISSION OF ATTORNEY**
 )  **PRO HAC VICE**; ORDER
Estate of Jajuan Lee Morton et al )  (CIVIL LOCAL RULE 11-3)
 )
            Defendant(s). )

I, Clifford Neubauer, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Cameron Dyess in the above-entitled action. My local co-counsel in this case is Jonathan M. Shugart, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 612 W. University Drive, Suite 200 Rochester, MI 48307 | 1576 N. Batavia St, Ste A Orange, CA 92687 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 601-4499 | (949) 777-6032 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cneubauer@erskinelaw.com | jshugart@erskinelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P70910.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/14/20

Clifford Neubauer
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Clifford Neubauer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/12/2020

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT         )

NORTHER DISTRICT OF CALIFORNIA    )

      I am a citizen of the United State sand am employed in the County of Oakland, State of Michigan.  I am over the age of 18 and am not a party to the within entitled action.  My business address is 612 W. University Drive, Suite 200, Rochester, Michigan 48307.

      On April 20, 2020, I served the following described document(s) on the interested parties in this action:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**X**    ELECTRONICALLY by using the Court's CM/ECF System:

LAW OFFICES OF JOHN A. HAUSER
Laurie J. Elza, Esq.
One Pointe Drive, 6thFloor
Brea, CA 92821
T: (714) 371-2311/ F: (877) 369-5799
Email:  laurie.elza@thehartford.com
Attorneys for Defendant, Estate of Jajuan Lee Morton

 **X**    FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 20, 2020, at Rochester, Michigan.

_____
      Robin Kalinowski

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Clifford Daniel Neubauer, Jr., P70910 of Rochester, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 14, 2007 in Oakland County and became a member of the State Bar of Michigan on November 15, 2007.

Janet K. Welch, Executive Director
April 15, 2020

This is an official document issued by the State Bar of Michigan and will be valid for 45 days from the date on this certificate. While the State Bar of Michigan operates under the advisement of government officials during the COVID-19 pandemic, Certificates of Good Standing will only be issued in this manner and sent by email. No paper copies will be issued or mailed until further notice.