Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cameron Dyess

Plaintiff(s)

v.

Estate of Jajuan Lee Morton et al.

Defendant(s)

CASE No   20-cv-00909-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: February 1, 2021

Date: May 13, 2020        s/ Jonathan M. Shugart
                          Attorney for Plaintiff

Date: May 13, 2020        s/ Laurie J. Elza
                          Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 5/15/2020

Haywood S. Gilliam Jr.
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

Print Form