1  LAW OFFICES OF JOHN A. HAUSER
   By: LAURIE J. ELZA, State Bar No.: 284903
2  One Pointe Drive, 6th Floor,
   Brea, CA 92821
3  Phone: (714) 571-0407 / Fax: (877) 369-5799
4  Direct Line: (714) 371-2311
   E-Mail: laurie.elza@thehartford.com
5  **Mailing Address:** P.O. Box 2282, Brea, CA 92822-2282

6  
7  Attorneys for Defendants, ESTATE OF JAJUAN LEE MORTON and PA SOLUTIONS, INC.

8                  UNITED STATES DISTRICT COURT
9
10             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | CAMERON DYESS, an individual, | ) CASE NO. 4:20-cv-00909-HSG
12 |                                | ) *[Assigned for All Purposes to the Honorable*
   |         Plaintiff,             | ) *Haywood S. Gilliam, Jr.; Courtroom 2]*
13 |                                | )
14 | vs.                            | ) **NOTICE OF WITHDRAWAL AND**
15 |                                | ) **SUBSTITUTION OF COUNSEL FOR**
   |                                | ) **DEFENDANT ESTATE OF JAJUAN**
16 | ESTATE OF JAJUAN LEE MORTON,   | ) **LEE MORTON; [PROPOSED] ORDER**
   | Deceased; DONYELL SHAJUAN      | )
17 | HANKINS as Personal Representative of | )
18 | the ESTATE OF JAJUAN LEE MORTON, | )
   | Deceased; PA SOLUTIONS, INC., a | )
19 | Michigan Corporation; and DOES 1 | )
   | through 20, inclusive,         | )
20 |                                | )
21 |         Defendants.            | )
                                    | )
22 _____  /

23
24
25     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
26     PLEASE TAKE NOTICE that Defendant ESTATE OF JAJUAN LEE MORTON, which
27 has been named as a defendant pursuant to California Probate Code §550, has retained Gigi M.
28

1

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ESTATE OF JAJUAN LEE MORTON; [PROPOSED] ORDER**

Knudtson of Knudtson & Associates, PC to substitute as its counsel in the above-captioned matter.

Withdrawing counsel for Defendant ESTATE OF JAJUAN LEE MORTON is:

> Laurie J. Elza, Esq.
> LAW OFFICES OF JOHN A. HAUSER
> One Pointe Drive, 6th Floor,
> Brea, CA 92821
> Phone: (714) 571-0407 / Fax: (877) 369-5799
> Direct Line: (714) 371-2311
> E-Mail: laurie.elza@thehartford.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant ESTATE OF JAJUAN LEE MORTON:

> Gigi M. Knudtson, Esq.
> KNUDTSON & ASSOCIATES, PC
> 1731 E Roseville Pkwy, Ste. 150
> Roseville, CA 95661
> Phone: (916) 797-4300/ Fax: (916) 797-7404
> E-Mail: gknudtson@knfirm.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: June 2, 2020               ESTATE OF JAJUAN LEE MORTON

                                  By: _____
                                  Karen Lindeman, as the designated
                                  representative for The Hartford


DATED: June 2, 2020               LAW OFFICES OF JOHN A. HAUSER

                                  By:      /s/ Laurie J. Elza
                                       _____
                                       LAURIE J. ELZA, ESQ.

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ESTATE OF JAJUAN LEE MORTON; [PROPOSED] ORDER

DATED: June 2, 2020          KNUDTSON & ASSOCIATES, PC

                             By: /s/ Gigi M. Knudtson
                             _____
                             GIGI M. KNUDTSON, ESQ.

I hereby attest that I obtained concurrence in the filing of this document from each of other signatories on this e-filed document.

Dated: June 2, 2020           LAW OFFICES OF JOHN A. HAUSER

                             BY: /s/ Laurie J. Elza
                             _____
                             LAURIE J. ELZA
                             Attorneys for Defendants,
                             ESTATE OF JAJUAN LEE MORTON
                             and PA SOLUTIONS, INC.

The above withdrawal and substitution of counsel is approved and so **ORDERED**.

DATED: 6/3/2020

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ESTATE OF JAJUAN LEE MORTON; [PROPOSED] ORDER