1  LAW OFFICES OF JOHN A. HAUSER
   By: LAURIE J. ELZA, State Bar No.: 284903
2  One Pointe Drive, 6th Floor,
   Brea, CA 92821
3  Phone: (714) 571-0407 / Fax: (877) 369-5799
4  Direct Line: (714) 371-2311
   E-Mail: laurie.elza@thehartford.com
5  **Mailing Address:** P.O. Box 2282, Brea, CA 92822-2282

6  LEWIS BRISBOIS BISGAARD & SMITH, LLP
7  By: ANDREW C. HUBERT, State Bar No.: 117887
   By: DANA A. FOX, State Bar No.: 119761
8  633 W. 5th Street, Ste. 4000
9  Los Angeles, CA 90071
   Phone: (213) 580-6337 / F: (213) 250-7900
10 E-Mail: andrew.hubert@lewisbrisbois.com; dana.fox@lewisbrisbois.com

11 Attorneys for Defendant, PA SOLUTIONS, INC.

13                    UNITED STATES DISTRICT COURT

14            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  CAMERON DYESS, an individual, | CASE NO. 4:20-cv-00909-HSG |
| 17            Plaintiff, | *[Assigned for All Purposes to the Honorable Haywood S. Gilliam, Jr.; Courtroom 2]* |
| 18 | |
| 19  vs. | **(REVISED) CIVIL LOCAL RULE 6-2 JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME & ORDER THEREON (as modified)** |
| 20 | |
| 21  ESTATE OF JAJUAN LEE MORTON, Deceased; DONYELL SHAJUAN | |
| 22  HANKINS as Personal Representative of the ESTATE OF JAJUAN LEE MORTON, | Action Filed: November 22, 2019 |
| 23  Deceased; PA SOLUTIONS, INC., a | Trial Date: July 6, 2021 |
| 24  Michigan Corporation; and DOES 1 through 20, inclusive, | |
| 25 | |
| 26            Defendants. | |

27  / / /

28

                                       1
_____
          _ **(REVISED) STIPULATED CONTINUANCE OF TRIAL AND ORDER**

Plaintiff Cameron Dyess and Defendants Estate of Jajuan Lee Morton, and PA Solutions, Inc. (collectively "the Parties"), pursuant to Local Rules 6-1, 6-2, and 7-12, submit this revised stipulation to continue the current trial date and attendant deadlines, subject to the Court's approval, as follows:

On May 13, 2020, the Court issued a Scheduling Order, setting this matter for jury trial on July 6, 2021 with the following dates set per the Court's Scheduling Order:

| EVENT | DATE |
| --- | --- |
| Amendment of Pleadings | July 11, 2020 |
| Close of Fact Discovery | April 9, 2021 |
| Expert Disclosure Deadline | February 1, 2021 |
| Rebuttal Expert Disclosure Deadline | March 1, 2021 |
| Close of Expert Discovery | March 19, 2021 |
| Dispositive Motion Hearing Deadline | April 1, 2021 at 2:00 p.m. |
| Pretrial Conference | June 28, 2021 at 3:00 p.m. |
| 5-Day Jury Trial | July 6, 2021 at 8:30 a.m. |

The Parties agree and stipulate that the discovery necessary to prepare this matter for mediation and trial cannot be completed by the above deadlines. The Parties further agree and stipulate that the delay in discovery is due to events beyond the parties' control and which, despite their best efforts, cannot be rectified. The delays are due to the COVID pandemic and the multi-state locations of the Parties and medical providers. These delays include the inability to obtain complete medical records and billing, which adversely impacts the Parties' ability to retain experts and to schedule depositions of medical providers, as well as ongoing document discovery between the parties, which will necessitate depositions of party representatives and employee witnesses.

The Parties agree and stipulate that a resetting of the dates set forth in the Court's Scheduling Order, including the trial date, is needed to permit the Parties to complete the discovery necessary for mediation and trial.

1    The Parties agree and stipulate that this stipulation is made in good faith in the interests
2 of judicial economy and efficiency of resources of the Court and the Parties and is not for the
3 purposes of delay.
4    IT IS STIPULATED AND AGREED, by and between the parties and their undersigned
5 counsel of record, that the trial date be moved to November 8, 2021, and that the attendant
6 deadlines set forth in the Scheduling Order be moved as follows:

| EVENT | DATE |
|---|---|
| Close of Fact Discovery | August 2, 2021 |
| Expert Disclosure Deadline | July 1, 2021 |
| Rebuttal Expert Disclosure Deadline | July 30, 2021 |
| Close of Expert Discovery | August 31, 2021 |
| Dispositive Motion Hearing Deadline | August 5, 2021 at 2:00 p.m. |
| Pretrial Conference | October 26, 2021 at 3:00 p.m. |

DATED: January 7, 2021            ERSKINE LAW, PC

                                  */s/ Jonathan M. Shugart*
                              BY:_____
                                  JONATHAN M. SHUGART, ESQ.
                                  Attorneys for Plaintiff, CAMERON DYESS

DATED: January 7, 2021            LAW OFFICES OF JOHN A. HAUSER

                                  */s/ Laurie J. Elza*
                              BY:_____
                                  LAURIE J. ELZA, ESQ.
                                  Attorneys for Defendant, PA SOLUTIONS, INC.

DATED: January 7, 2021            LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                  */s/ Andrew C. Hubert*
                              BY:_____
                                  ANDREW C. HUBERT, ESQ.
                                  Co-Counsel for Defendant, PA SOLUTIONS, INC.

_____
_ **(REVISED) STIPULATED CONTINUANCE OF TRIAL AND ORDER**

1  DATED: January 7, 2021        KNUDTSON & ASSOCIATES, PC

                                              */s/ Gigi Knudtson*
                                 BY:_____
                                     GIGI KNUDTSON, ESQ.
                                     Attorneys for Defendant, ESTATE OF JAJUAN LEE MORTON


**IT IS SO ORDERED**.  The trial previously set for July 6, 2021 is being continued to November 8, 2021 at 8:30 a.m.

DATED: 1/8/2021

                                 _____
                                 HON. HAYWOOD S. GILLIAM, JR.
                                 UNITED STATES DISTRICT COURT JUDGE

_(REVISED) STIPULATED CONTINUANCE OF TRIAL AND ORDER_