LAW OFFICES OF JOHN A. HAUSER
By: LAURIE J. ELZA, State Bar No.: 284903
One Pointe Drive, 6th Floor,
Brea, CA 92821
Phone: (714) 571-0407 / Fax: (877) 369-5799
Direct Line: (714) 371-2311
E-Mail: laurie.elza@thehartford.com
**Mailing Address:** P.O. Box 2282, Brea, CA 92822-2282

LEWIS BRISBOIS BISGAARD & SMITH, LLP
By: ANDREW C. HUBERT, State Bar No.: 117887
By: DANA A. FOX, State Bar No.: 119761
633 W. 5th Street, Ste. 4000
Los Angeles, CA 90071
Phone: (213) 580-6337 / F: (213) 250-7900
E-Mail: andrew.hubert@lewisbrisbois.com; dana.fox@lewisbrisbois.com

Attorneys for Defendant, PA SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON DYESS, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ESTATE OF JAJUAN LEE MORTON, Deceased; DONYELL SHAJUAN HANKINS as Personal Representative of the ESTATE OF JAJUAN LEE MORTON, Deceased; PA SOLUTIONS, INC., a Michigan Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 4:20-cv-00909-HSG<br>*[Assigned for All Purposes to the Honorable Haywood S. Gilliam, Jr.; Courtroom 2]*<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE TO MEDIATE & ORDER THEREON**<br><br>Action Filed: November 22, 2019<br>Trial Date:　　November 8, 2021 |

/ / /

1

**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE TO MEDIATE**

1  Plaintiff Cameron Dyess and Defendants Estate of Jajuan Lee Morton and PA Solutions, Inc. (collectively "the Parties"), submit this stipulation to extend the deadline to mediate this matter, subject to the Court's approval, to the scheduled mediation date of September 9, 2021, with mediator Harris Weinberg, as follows:

On March 1, 2021, the Court issued an Order Extending the Deadline to Mediate to August 1, 2021 (Document 47) and removing the case from the court-sponsored mediation program and referring it for private mediation.

The Parties agree and stipulate that an extension of the deadline to mediate is needed to permit the Parties to complete necessary discovery, to permit Defendant PA Solutions, Inc.'s re-filing and submission of its motion for summary judgment, and to permit the Parties to mediate with their agreed mediator. The parties conferred on mediators and mediation dates and due to pending trials in other matters, as well as mediator Weinberg's availability, September 9, 2021, is the first available mediation date.

The Parties agree and stipulate that an extension of the deadline to mediate to September 9, 2021, which is the scheduled date for mediation with Harris Weinberg, is needed to permit the Parties to complete the discovery necessary for mediation.

The Parties agree and stipulate that this stipulation is made in good faith in the interests of judicial economy and efficiency of resources of the Court and the Parties and is not for the purposes of delay.

IT IS STIPULATED AND AGREED, by and between the parties and their undersigned counsel of record, that the deadline to mediate be moved to September 9, 2021.

DATED:  June 21, 2021                ERSKINE LAW, PC


                                     BY:___/s/ Jonathan M. Shugart_____
                                         JONATHAN M. SHUGART, ESQ.
                                         Attorneys for Plaintiff, CAMERON DYESS

DATED: June 21, 2021       LAW OFFICES OF JOHN A. HAUSER

                           BY: _/s/ Laurie J. Elza_____
                               LAURIE J. ELZA, ESQ.
                               Attorneys for Defendant, PA SOLUTIONS, INC.

DATED: June 21, 2021       LEWIS BRISBOIS BISGAARD & SMITH, LLP

                           BY: _/s/ Andrew C. Hubert_____
                               ANDREW C. HUBERT, ESQ.
                               Attorneys for Defendant, PA SOLUTIONS, INC.

DATED: June 21, 2021       KNUDTSON & ASSOCIATES, PC

                           BY: _/s/ Gigi Knudtson_____
                               GIGI KNUDTSON, ESQ.
                               Attorneys for Defendant, ESTATE OF JAJUAN LEE MORTON

## **ORDER**

**IT IS SO ORDERED** that in light of this stipulation, the Court directs the parties to complete private mediation by September 9, 2021.

DATED: 6/22/2021           _Haywood S. Gilliam Jr._
                           HON. HAYWOOD S. GILLIAM, JR.
                           UNITED STATES DISTRICT COURT JUDGE

**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE TO MEDIATE**