LAW OFFICES OF JOHN A. HAUSER
LAURIE J. ELZA, State Bar No.: 284903
One Pointe Drive, 6th Floor
Brea, CA 92821
Phone: (714) 571-0407 / Fax: (877) 369-5799
Direct Line: (714) 371-2311
E-Mail: laurie.elza@thehartford.com
Mailing Address: P.O. Box 2282, Brea, CA 92822-2282

LEWIS BRISBOIS BISGAARD & SMITH LLP
DANA ALDEN FOX, SB# 119761
    E-Mail: Dana.Fox@lewisbrisbois.com
ANDREW C. HUBERT, SB# 117887
    E-Mail: Andrew.Hubert@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, PA Solutions, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON DYESS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF JAJUAN LEE MORTON. Deceased; DONYELL SHAJUAN HANKINS as Personal Representative of the ESTATE OF JAJUAN LEE MORTON, Deceased; PA SOLUTIONS, INC., a Michigan Corporation: and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No. 4:20-cv-0909-HSG**<br><br>*The Honorable Haywood S. Gilliam, Jr., Courtroom 2*<br><br>**DEFENDANT PA SOLUTIONS, INC.'S SUBMISSION OF PROPOSED JUDGMENT FOLLOWING ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed:    02/06/2020<br>Trial Date:       11/08/2021 |

Defendant PA Solutions, Inc. ("PA Solutions") hereby submits for the Court's entry the attached proposed judgment following the granting of PA Solutions' Motion for Summary Judgment on August 13 2021 (Dkt. no. 62.)

///

///



DATED:  August 16, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Andrew C. Hubert*
        Dana Alden Fox
        Andrew C. Hubert
        Attorneys for Defendant, PA Solutions, Inc.

# FEDERAL COURT PROOF OF SERVICE
Dyess v. PA Solutions, Inc.
Case No. 4:20-cv-00909-HSG

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 16, 2021, I served the following document(s):  DEFENDANT PA SOLUTIONS, INC.'S SUBMISSION OF PROPOSED JUDGMENT FOLLOWING ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Scott M. Erskine, Esq.<br>Jonathan M. Shugart, Esq.<br>Clifford Neubauer, Esq.<br>ERSKINE LAW, PC<br>612 W. University Dr., Ste. 200<br>Rochester, MI 48307<br>T: 248-601-4499 / F: 248-601-4497<br>E: serskine@erskinelaw.com;<br>jshugart@erskinelaw.com;<br>cneubauer@erskinelaw.com;<br>alainna.zambelli@erskinelaw.com;<br>rkalinowski@erskinelaw.com<br>Attorneys for Plaintiff, CAMERON DYESS | Scott M. Erskine, Esq.<br>Jonathan M. Shugart, Esq.<br>Clifford Neubauer, Esq.<br>ERSKINE LAW, PC<br>1576 N. Batavia St., Ste. A<br>Orange, CA 92687<br>T: 949-777-6032 / F: 714-844-9035<br>E: serskine@erskinelaw.com;<br>jshugart@erskinelaw.com;<br>cneubauer@erskinelaw.com;<br>alainna.zambelli@erskinelaw.com;<br>rkalinowski@erskinelaw.com<br>Attorneys for Plaintiff, CAMERON DYESS |
| Gigi Knudtson, Esq.<br>KNUDTSON & ASSOCIATES, PC<br>1731 E Roseville Pkwy, Ste 150<br>Roseville, CA 95661<br>T: 916-797-4300/ F: 916-797-7404<br>jmaddox@knfirm.com<br>Attorneys for Defendant, ESTATE OF JAJUAN LEE MORTON | **Courtesy Copy**:<br>LAW OFFICES OF JOHN A. HAUSER<br>LAURIE J. ELZA<br>One Pointe Drive, 6th Floor,<br>Brea, CA 92821<br>Phone: (714) 571-0407 / Fax: (877) 369-5799<br>Direct Line: (714) 371-2311<br>E-Mail: laurie.elza@thehartford.com<br>**Mailing Address:** P.O. Box 2282, Brea, CA 92822-2282 |

Case 4:20-cv-00909-HSG   Document 63   Filed 08/16/21   Page 4 of 4

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 16, 2021, at Los Angeles, California.

*Tania Moore*
Tania Moore



4850-6074-5206.1    2    Case No. 4:20-cv-0909-HSG
DEFENDANT PA SOLUTIONS, INC.'S SUBMISSION OF PROPOSED JUDGMENT FOLLOWING ORDER GRANTING MOTION FOR SUMMARY JUDGMENT